WHITE et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by James E. White and others against the Manhattan Railway Company and others. A. A. Wheat, for appellants. L. C. Desser, for respondents. No opinion. Judgment affirmed, with costs.

In re WICKES. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) In the matter of the final accounting of Charles W. Wickes, as assignee of Charles A. Hosmer and Alfred P. Williamson. No opinion. Order affirmed, with costs.

WIEMERS, Appellant, v. BECKER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 17, 1899.) Action by John H. Wiemers against John F. Becker and another. E. Blumenstiel, for appellant. C. Doremus, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WILBER, Respondent, v. GERKEN, Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by Charles C. Wilber against Fred Gerken. No opinion. Judgment affirmed, with costs.

WILLIAMS v. OAKLEY. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Theresa F. Williams against Marie E. Oakley. No opinion. Motion granted, with $10 costs.

In re WILLIAMSBURGH TRUST CO. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) In the matter of the application of the Williamsburgh Trust Company to be designated as a depositary. No opinion. Herbert T. Ketcham appointed referee.

WIMMER, Respondent, v. CITY OF NEW YORK, Appellant (thirteen other cases). (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Katharine Wimmer against the city of New York and 13 other cases against the same defendant. No opinion. Motion to resettle orders denied, without costs.

WOLFF et al., Appellants, v. MOSES, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by Armand Wolff and another against Marcus Moses, as marshal, etc. E. B. La Fetra, for appellants. J. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 57 N. Y. Supp. 696.

In re WOODS. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) In the matter of the application of William P. Woods to revoke the liquor-tax certificate heretofore granted to Philip H. Victory. No opinion. Stay granted upon filing of undertaking for $250.

WRIGHT, Respondent, v. MAY, Appellant. (City Court of New York, General Term. March 27, 1899.) Action by Frederick W. Wright against Lewis A. May. From a judgment for plaintiff and an order denying a new trial, defendant appeals. Affirmed. J. Quintus Cohen, for appellant. Charles M. Zaring, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

YELLOW PINE CO., Respondent, v. LEHIGH VAL. CREOSOTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by the Yellow Pine Company against the Lehigh Valley Creosoting Company. No opinion. Order affirmed, without costs, and without passing on the legal sufficiency of the proposed amendment. See 52 N. Y. Supp. 1151.

ZIMMER, Respondent, v. THIRD AVE. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Cecilia J. Zimmer, an infant, against the Third Avenue Railroad Company and the Metropolitan Street-Railway Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 51 N. Y. Supp. 247, and 55 N. Y. Supp. 308, 314.

END OF CASES IN VOL. 57.